UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                              §
                                                    §
David J Parker                                      §        Case No. 15-11434
Kathleen Hope Parker                                §
                                                    §
                                                    §
                        Debtors                     §
_____

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on
03/30/2015 .   The undersigned trustee was appointed on  03/30/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $        55,000.00

        Funds were disbursed in the following amounts:

        Payments made under an interim                           0.00
        disbursement
        Administrative expenses                              10,144.63
        Bank service fees                                       881.74
        Other payments to creditors                               0.00
        Non-estate funds paid to 3rd Parties                      0.00
        Exemptions paid to the debtor                          3,451.00
        Other payments to the debtor                              0.00

        Leaving a balance on hand of[1]          $          40,522.63

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  08/21/2015  and the deadline for filing governmental claims was  09/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,232.29 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,232.29 , for a total compensation of $ 3,232.29 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.60 , for total expenses of $ 14.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: _01/08/2018_____      By:_/s/Joji Takada, Chapter 7 Trustee_____
                                                    Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-11434 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|

Case Name:   David J Parker

Kathleen Hope Parker

For Period Ending:   01/08/2018

Date Filed (f) or Converted (c):   03/30/2015 (f)

341(a) Meeting Date:   04/27/2015

Claims Bar Date:   08/21/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  400 Feeny Drive, Minooka, Il 60447 Value Per Debtors | 200,705.00 | 200,705.00 | | 0.00 | FA |
| 2.  Cash On Hand | 168.00 | 0.00 | | 0.00 | FA |
| 3.  Checking Account With Standard Bank And Trust | 1,500.00 | 0.00 | | 0.00 | FA |
| 4.  Saving Account With Standard Bank And Trust Savings Account | 250.00 | 0.00 | | 0.00 | FA |
| 5.  Saving Account With Standard Bank And Trust Savings Account | 40.00 | 0.00 | | 0.00 | FA |
| 6.  Checking Account With Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Pre-Paid Card With Aline | 8.00 | 0.00 | | 0.00 | FA |
| 8.  Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9.  Wearing Apparel | 550.00 | 0.00 | | 0.00 | FA |
| 10.  Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11.  Term Life Insurance Through Country Companies No Cash Surren | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Pension Through Union Defined Benefit Plan | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Eeoc Lawsuit Against Alden Estates Of Naperville, Inc. Case | 0.00 | 0.00 | | 55,000.00 | FA |
| 14.  In Tax Year 2014, Mr. Parker Receiced A $7,200.00 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 15.  In Tax Year 2014, Mrs. Parker Received A Tax Refund Of $5,00 | 0.00 | 0.00 | | 0.00 | FA |
| 16.  2007 Ford Taurus With 168,000 Miles Value Per Kbb.Com | 2,242.00 | 0.00 | | 0.00 | FA |
| 17.  2001 Ford Taurus With 200,000 Miles Value Per Kbb.Com | 1,033.00 | 0.00 | | 0.00 | FA |
| 18.  2005 Dodge Grand Caravan With 110,000 Miles Value Per Kbb.Co | 2,087.00 | 0.00 | | 0.00 | FA |
| 19.  Mics. Brushes And Ladders | 100.00 | 0.00 | | 0.00 | FA |
| 20.  Two Cats And One Dog | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Personal Injury Lawsuit (u)   Personal injury lawsuit against the Villge of Crestwood Barrera, et. al. v. The Village of Crestwood, et. al., case #: 90 L 7097 | 0.00 | 1.00 | OA | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $210,233.00 | $200,706.00 | | $55,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtained settlement re: EEOC claim; Investigating personal injury claim. - Joji Takada 12/22/2015

Tax professional hired re estate tax return. - Joji Takada 6/27/2016

Estate returns filed; Monitoring class action lawsuit. - Joji Takada 11/24/2016

Monitoring class action lawsuit. - Joji Takada 4/4/2017

Abandoned class action lawsuit; Preparing TFR. - Joji Takada 8/20/2017

Preparing TFR and distribution. - Joji Takada 12/16/2017

Exhibit A

Initial Projected Date of Final Report (TFR): 03/30/2017          Current Projected Date of Final Report (TFR): 03/30/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11434
Case Name: David J Parker
Kathleen Hope Parker

Taxpayer ID No: XX-XXX0475
For Period Ending: 01/08/2018

Trustee Name: Joji Takada, Chapter 7 Trustee     Exhibit B
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0080
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/15 | 13 | Alden Estates of Naperville Inc. | Settlement payment Installment payment re settlement of EEOC claim | 1149-000 | $5,000.00 | | $5,000.00 |
| 07/25/15 | 1001 | Kathleen Parker c/o Upright Law 79 W Monroe, 5th Floor Chicago, IL 60603 Attn: Andrew Weiss | Exemption Joint-debtor's exemption in EEOC claim | 8100-002 | | $3,451.00 | $1,549.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,539.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,529.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,519.00 |
| 10/20/15 | 13 | Alden Estates of Naperville Inc. | Settlement payment Settlement re EEOC claim | 1149-000 | $50,000.00 | | $51,519.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.03 | $51,487.97 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.07 | $51,413.90 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.44 | $51,337.46 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.33 | $51,261.13 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.29 | $51,189.84 |
| 03/30/16 | 1002 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket Bond Premium | 2300-000 | | $57.43 | $51,132.41 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.10 | $51,056.31 |

Page Subtotals:                     $55,000.00        $3,943.69

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 15-11434   Doc 34   Filed 01/22/18   Entered 01/22/18 10:12:08   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 6 of 12

| | | |
|---|---|---|
| Case No: 15-11434 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: David J Parker | Bank Name: Associated Bank | |
| Kathleen Hope Parker | Account Number/CD#: XXXXXX0080 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0475 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.48 | $50,982.83 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.79 | $50,907.04 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.24 | $50,833.80 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.58 | $50,758.22 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.46 | $50,682.76 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.93 | $50,609.83 |
| 12/23/16 | 1003 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Tax payment Bankruptcy estate tax payment | 2810-000 | | $7,850.00 | $42,759.83 |
| 12/23/16 | 1004 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Bankruptcy estate tax payment | 2810-000 | | $2,062.00 | $40,697.83 |
| 01/25/17 | 1005 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment 2015 estate income tax | 2810-000 | | $130.76 | $40,567.07 |
| 03/22/17 | 1006 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Tax payment Estate tax to IRS | 2810-000 | | $44.44 | $40,522.63 |

| | | |
|---|---|---|
| COLUMN TOTALS | $55,000.00 | $14,477.37 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,000.00 | $14,477.37 |
| Less: Payments to Debtors | $0.00 | $3,451.00 |
| Net | $55,000.00 | $11,026.37 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $10,533.68 |

Case 15-11434    Doc 34    Filed 01/22/18    Entered 01/22/18 10:12:08    Desc Main
Document      Page 7 of 12

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0080 - Checking | $55,000.00 | $11,026.37 | $40,522.63 |
| | $55,000.00 | $11,026.37 | $40,522.63 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $55,000.00 |
| Total Gross Receipts: | $55,000.00 |

Page Subtotals:                              $0.00              $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11434

Debtor Name: David J Parker

Claims Bar Date: 8/21/2015

Date: January 19, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $3,232.29 | $3,232.29 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $14.60 | $14.60 |
| 100 2810 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Administrative | | $0.00 | $7,894.44 | $7,894.44 |
| 100 2810 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $2,192.76 | $2,192.76 |
| 100 3310 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative | | $0.00 | $1,165.00 | $1,165.00 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $300.00 | $300.00 |
| 2 300 7100 | Midland Credit Management,Inc As Agent For Midland Funding Llc Po Box 2011 Warren, Mi 48090 | Unsecured | | $0.00 | $646.09 | $646.09 |
| 3 300 7100 | CAPITAL ONE BANK (USA), N. A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $326.94 | $326.94 |
| 4 300 7100 | American Infosource Lp As Agent For Presence Health Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $60.00 | $60.00 |

Printed: January 19, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11434                                                                                           Date: January 19, 2018
Debtor Name: David J Parker
Claims Bar Date: 8/21/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Jefferson Capital Systems Llc<br>Purchased From Comenity Bank<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Comenity Bnk/Victoria"s<br>S | Unsecured | | $0.00 | $910.30 | $910.30 |
| 6<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To<br>Capital One Bank (Usa), N.A.<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $589.51 | $589.51 |
| 7<br>300<br>7100 | Dell Financial Services, Llc<br>Resurgent Capital Services<br>Po Box 10390<br>Greenville, Sc 29603-0390 | Unsecured | | $0.00 | $1,784.62 | $1,784.62 |
| 8<br>300<br>7100 | Lvnv Funding, Llc Its Successors<br>And Assigns As<br>Assignee Of Springcastle Credit<br>Funding<br>Trust<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $4,699.12 | $4,699.12 |
| | Case Totals | | | $0.00 | $23,815.67 | $23,815.67 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11434
Case Name: David J Parker
       Kathleen Hope Parker
Trustee Name: Joji Takada, Chapter 7 Trustee

|  | | |
|---|---|---|
| Balance on hand | $ | 40,522.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,232.29 | $ 0.00 | $ 3,232.29 |
| Trustee Expenses: Joji Takada | $ 14.60 | $ 0.00 | $ 14.60 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,165.00 | $ 0.00 | $ 1,165.00 |
| Other: Department of Treasury | $ 7,894.44 | $ 7,894.44 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 2,192.76 | $ 2,192.76 | $ 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,411.89 |
| Remaining Balance | $ | 36,110.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,316.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 300.00 | $ 0.00 | $ 300.00 |
| 2 | Midland Credit Management,Inc | $ 646.09 | $ 0.00 | $ 646.09 |
| 3 | CAPITAL ONE BANK (USA), N. A. | $ 326.94 | $ 0.00 | $ 326.94 |
| 4 | American Infosource Lp As Agent For | $ 60.00 | $ 0.00 | $ 60.00 |
| 5 | Jefferson Capital Systems Llc | $ 910.30 | $ 0.00 | $ 910.30 |
| 6 | Portfolio Recovery Associates, Llc | $ 589.51 | $ 0.00 | $ 589.51 |
| 7 | Dell Financial Services, Llc | $ 1,784.62 | $ 0.00 | $ 1,784.62 |
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | $ 4,699.12 | $ 0.00 | $ 4,699.12 |

Total to be paid to timely general unsecured creditors          $          9,316.58

Remaining Balance          $          26,794.16

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 68.03 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 26,726.13 .