# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| David J Parker | § | Case No. 15-11434 |
| Kathleen Hope Parker | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee       , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 185,234.00                    Assets Exempt: 28,450.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 9,388.59      Claims Discharged
                                                Without Payment: 139,199.00


Total Expenses of Administration: 15,405.92

---

3) Total gross receipts of $ 55,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,205.49 (see **Exhibit 2**), yielded net receipts of $ 24,794.51 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,435.42 | 15,405.92 | 15,405.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,199.00 | 9,316.58 | 9,316.58 | 9,388.59 |
| **TOTAL DISBURSEMENTS** | $ 139,199.00 | $ 24,752.00 | $ 24,722.50 | $ 24,794.51 |

4) This case was originally filed under chapter 7 on 03/30/2015 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2018              By: /s/Joji Takada, Chapter 7 Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Eeoc Lawsuit Against Alden Estates Of Naperville, Inc. Case | 1149-000 | 55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kathleen Parker | Exemptions | 8100-002 | 3,451.00 |
| David J Parker and Kathleen Hope Parker | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 26,754.49 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,205.49** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,229.45 | 3,229.45 | 3,229.45 |
| Joji Takada | 2200-000 | NA | 14.60 | 14.60 | 14.60 |
| Arthur B Levine Company | 2300-000 | NA | 57.43 | 57.43 | 57.43 |
| Associated Bank | 2600-000 | NA | 881.74 | 881.74 | 881.74 |
| Department of Treasury | 2810-000 | NA | 7,894.44 | 7,894.44 | 7,894.44 |
| Illinois Department of Revenue | 2810-000 | NA | 2,192.76 | 2,192.76 | 2,192.76 |
| Callero and Callero LLP | 3310-000 | NA | 1,165.00 | 1,135.50 | 1,135.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,435.42 | $ 15,405.92 | $ 15,405.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ad Astra Rec 8918 W 21st St. N Suite 200 Mailbox: 112 Wichita, KS 67205 | | 521.00 | NA | NA | 0.00 |
| | Advance Pay 2400 Canton Farm Rd. Crest Hill, IL 60403 | | 400.00 | NA | NA | 0.00 |
| | AIM Psychological 13 Fairlane Drive Joliet, IL 60435 | | 50.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 326.00 | NA | NA | 0.00 |
| | Capital One Po Box 5253 Carol Stream, IL 60197 | | 42.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Harlem Furniture Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 300.00 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 289.00 | NA | NA | 0.00 |
| | Creditors Protection S Po Box 4115 Rockford, IL 61101 | | 474.00 | NA | NA | 0.00 |
| | Dell Financial Services Dell Financial Services Attn: Bankrupcty Po Box 81577 Austin, TX 78708 | | 1,784.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | 220.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 479.00 | NA | NA | 0.00 |
| | Gla Collection Co Inc 2630 Gleeson Ln Louisville, KY 40299 | | 315.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home At Five 1515 S 21st St Clinton, IA 52732 | | 249.00 | NA | NA | 0.00 |
| | Jefferson Capital Systems 16 Mcleland Rd Saint Cloud, MN 56303 | | 910.00 | NA | NA | 0.00 |
| | Lvnv Funding Llc Po Box 10497 Greenville, SC 29603 | | 5,708.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 325.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 646.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L 3451 Hammond Ave Waterloo, IA 50704 | | 116,933.00 | NA | NA | 0.00 |
| | Parkview Orthopaedic Group 688 South Cedar Road?? New Lenox, IL 60451 | | 1,000.00 | NA | NA | 0.00 |
| | Providence Health Care 1795 Willingdon Avenue V5C 6E3 Canada Burnaby, B.C. | | 880.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivables Performanc 20816 44th Ave Wes Lynnwood, WA 98036 | | 1,270.00 | NA | NA | 0.00 |
| | Shapiro Kreisman & Assoc LLC 2121 Waukegan Rd Suite 301 Deerfield, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Po Box 9068 Brandon, FL 33508 | | 4,699.00 | NA | NA | 0.00 |
| | Stellar Rec 4500 Salisbury Rd Ste 10 Jacksonville, FL 32216 | | 307.00 | NA | NA | 0.00 |
| | Target Corporation Box 038994 Tuscaloosa, AL 35403 | | 50.00 | NA | NA | 0.00 |
| | Transworld Systems, Inc. Collection Agency 507 Prudential Road Horsham, PA 19044 | | 722.00 | NA | NA | 0.00 |
| | Vision Financial Servi 8585 Broadway  #88 Merrillville, IN 46410 | | 50.00 | NA | NA | 0.00 |
| | Vision Financial Servi 8585 Broadway  #88 Merrillville, IN 46410 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Vision Financial Servi 8585 Broadway #88 Merrillville, IN 46410 |  | 50.00 | NA | NA | 0.00 |
|  | Vision Financial Servi 8585 Broadway #88 Merrillville, IN 46410 |  | 50.00 | NA | NA | 0.00 |
|  | Vision Financial Servi 8585 Broadway #88 Merrillville, IN 46410 |  | 50.00 | NA | NA | 0.00 |
|  | Vision Financial Servi 8585 Broadway #88 Merrillville, IN 46410 |  | 50.00 | NA | NA | 0.00 |
| 4 | American Infosource Lp As Agent For | 7100-000 | NA | 60.00 | 60.00 | 60.00 |
| 3 | CAPITAL ONE BANK (USA), N. A. | 7100-000 | NA | 326.94 | 326.94 | 326.94 |
| 7 | Dell Financial Services, Llc | 7100-000 | NA | 1,784.62 | 1,784.62 | 1,784.62 |
| 5 | Jefferson Capital Systems Llc | 7100-000 | NA | 910.30 | 910.30 | 910.30 |
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 4,699.12 | 4,699.12 | 4,699.12 |
| 2 | Midland Credit Management,Inc | 7100-000 | NA | 646.09 | 646.09 | 646.09 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 589.51 | 589.51 | 589.51 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 300.00 | 300.00 | 300.00 |
|  | American Infosource Lp As Agent For | 7990-000 | NA | NA | NA | 0.46 |
|  | CAPITAL ONE BANK (USA), N. A. | 7990-000 | NA | NA | NA | 2.53 |
|  | Dell Financial Services, Llc | 7990-000 | NA | NA | NA | 13.79 |
|  | Jefferson Capital Systems Llc | 7990-000 | NA | NA | NA | 7.04 |
|  | Lvnv Funding, Llc Its Successors And Assigns As | 7990-000 | NA | NA | NA | 36.32 |
|  | Midland Credit Management,Inc | 7990-000 | NA | NA | NA | 4.99 |
|  | Portfolio Recovery Associates, Llc | 7990-000 | NA | NA | NA | 4.56 |
|  | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 2.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 139,199.00 | $ 9,316.58 | $ 9,316.58 | $ 9,388.59 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-11434 BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | David J Parker | | | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | Kathleen Hope Parker | | | 341(a) Meeting Date: | 04/27/2015 |
| For Period Ending: | 06/08/2018 | | | Claims Bar Date: | 08/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 400 Feeny Drive, Minooka, Il 60447 Value Per Debtors | 200,705.00 | 200,705.00 | | 0.00 | FA |
| 2. Cash On Hand | 168.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Standard Bank And Trust | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Saving Account With Standard Bank And Trust Savings Account | 250.00 | 0.00 | | 0.00 | FA |
| 5. Saving Account With Standard Bank And Trust Savings Account | 40.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account With Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7. Pre-Paid Card With Aline | 8.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 550.00 | 0.00 | | 0.00 | FA |
| 10. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Through Country Companies No Cash Surren | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension Through Union Defined Benefit Plan | 0.00 | 0.00 | | 0.00 | FA |
| 13. Eeoc Lawsuit Against Alden Estates Of Naperville, Inc. Case | 0.00 | 0.00 | | 55,000.00 | FA |
| 14. In Tax Year 2014, Mr. Parker Receiced A $7,200.00 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 15. In Tax Year 2014, Mrs. Parker Received A Tax Refund Of $5,00 | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Ford Taurus With 168,000 Miles Value Per Kbb.Com | 2,242.00 | 0.00 | | 0.00 | FA |
| 17. 2001 Ford Taurus With 200,000 Miles Value Per Kbb.Com | 1,033.00 | 0.00 | | 0.00 | FA |
| 18. 2005 Dodge Grand Caravan With 110,000 Miles Value Per Kbb.Co | 2,087.00 | 0.00 | | 0.00 | FA |
| 19. Mics. Brushes And Ladders | 100.00 | 0.00 | | 0.00 | FA |
| 20. Two Cats And One Dog | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-11434 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | David J Parker | | | | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | Kathleen Hope Parker | | | | 341(a) Meeting Date: | 04/27/2015 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 08/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Personal Injury Lawsuit (u) Personal injury lawsuit against the Villge of Crestwood Barrera, et. al. v. The Village of Crestwood, et. al., case #: 90 L 7097 | 0.00 | 1.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $210,233.00 | $200,706.00 | | $55,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtained settlement re: EEOC claim; Investigating personal injury claim. - Joji Takada 12/22/2015

Tax professional hired re estate tax return. - Joji Takada 6/27/2016

Estate returns filed; Monitoring class action lawsuit. - Joji Takada 11/24/2016

Monitoring class action lawsuit. - Joji Takada 4/4/2017

Abandoned class action lawsuit; Preparing TFR. - Joji Takada 8/20/2017

TFR with UST for review. - Joji Takada 12/16/2017

Initial Projected Date of Final Report (TFR): 03/30/2017     Current Projected Date of Final Report (TFR): 03/30/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11434 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | David J Parker | | Bank Name: | Associated Bank |
| | Kathleen Hope Parker | | Account Number/CD#: | XXXXXX0080 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0475 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/15 | 13 | Alden Estates of Naperville Inc. | Settlement payment<br>Installment payment re settlement of EEOC claim | 1149-000 | $5,000.00 | | $5,000.00 |
| 07/25/15 | 1001 | Kathleen Parker<br>c/o Upright Law<br>79 W Monroe, 5th Floor<br>Chicago, IL 60603<br>Attn: Andrew Weiss | Exemption<br>Joint-debtor's exemption in EEOC claim | 8100-002 | | $3,451.00 | $1,549.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,539.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,529.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,519.00 |
| 10/20/15 | 13 | Alden Estates of Naperville Inc. | Settlement payment<br>Settlement re EEOC claim | 1149-000 | $50,000.00 | | $51,519.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.03 | $51,487.97 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.07 | $51,413.90 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.44 | $51,337.46 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.33 | $51,261.13 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.29 | $51,189.84 |
| 03/30/16 | 1002 | Arthur B Levine Company<br>4501 Cartwright Road, Suite 402<br>Missouri City, Texas 77459 | Blanket Bond Premium | 2300-000 | | $57.43 | $51,132.41 |

Page Subtotals: $55,000.00    $3,867.59

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11434 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | David J Parker | Bank Name: | Associated Bank |
| | Kathleen Hope Parker | Account Number/CD#: | XXXXXX0080 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0475 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.10 | $51,056.31 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.48 | $50,982.83 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.79 | $50,907.04 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.24 | $50,833.80 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.58 | $50,758.22 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.46 | $50,682.76 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.93 | $50,609.83 |
| 12/23/16 | 1003 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Tax payment Bankruptcy estate tax payment | 2810-000 | | $7,850.00 | $42,759.83 |
| 12/23/16 | 1004 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Bankruptcy estate tax payment | 2810-000 | | $2,062.00 | $40,697.83 |
| 01/25/17 | 1005 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment 2015 estate income tax | 2810-000 | | $130.76 | $40,567.07 |
| 03/22/17 | 1006 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Tax payment Estate tax to IRS | 2810-000 | | $44.44 | $40,522.63 |
| 03/18/18 | 1007 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,229.45 | $37,293.18 |

Page Subtotals: $0.00 $13,839.23

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11434 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | David J Parker | Bank Name: | Associated Bank |
| | Kathleen Hope Parker | Account Number/CD#: | XXXXXX0080 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0475 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1008 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $14.60 | $37,278.58 |
| 03/18/18 | 1009 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3310-000 | | $1,135.50 | $36,143.08 |
| 03/18/18 | 1010 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | | | $302.32 | $35,840.76 |
| | | | ($2.32) | 7990-001 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution per court order. ($300.00) | 7100-000 | | | |
| 03/18/18 | 1011 | Midland Credit Management,Inc<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution per court order. | | | $651.08 | $35,189.68 |
| | | | ($4.99) | 7990-001 | | | |
| | | Midland Credit Management,Inc | Final distribution per court order. ($646.09) | 7100-000 | | | |
| 03/18/18 | 1012 | CAPITAL ONE BANK (USA), N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | | | $329.47 | $34,860.21 |
| | | | ($2.53) | 7990-001 | | | |
| | | CAPITAL ONE BANK (USA), N. A. | Final distribution per court order. ($326.94) | 7100-000 | | | |
| 03/18/18 | 1013 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | | | $60.46 | $34,799.75 |
| | | | ($0.46) | 7990-001 | | | |
| | | American Infosource Lp As Agent For | Final distribution per court order. ($60.00) | 7100-000 | | | |

Page Subtotals: $0.00 $2,493.43

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11434 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David J Parker | Bank Name: Associated Bank |
| Kathleen Hope Parker | Account Number/CD#: XXXXXX0080 |
| | Checking |
| Taxpayer ID No: XX-XXX0475 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1014 | Jefferson Capital Systems Llc<br>Purchased From Comenity Bank<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Comenity Bnk/Victoria"s S | Final distribution per court order. | | | $917.34 | $33,882.41 |
| | | | ($7.04) | 7990-001 | | | |
| | | Jefferson Capital Systems Llc | Final distribution per court order. ($910.30) | 7100-000 | | | |
| 03/18/18 | 1015 | Portfolio Recovery Associates, Llc<br>Successor To<br>Capital One Bank (Usa), N.A.<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | | | $594.07 | $33,288.34 |
| | | | ($4.56) | 7990-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution per court order. ($589.51) | 7100-000 | | | |
| 03/18/18 | 1016 | Dell Financial Services, Llc<br>Resurgent Capital Services<br>Po Box 10390<br>Greenville, Sc 29603-0390 | Final distribution per court order. | | | $1,798.41 | $31,489.93 |
| | | | ($13.79) | 7990-001 | | | |
| | | Dell Financial Services, Llc | Final distribution per court order. ($1,784.62) | 7100-000 | | | |
| 03/18/18 | 1017 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Springcastle Credit Funding Trust<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution per court order. | | | $4,735.44 | $26,754.49 |
| | | | ($36.32) | 7990-001 | | | |
| | | Lvnv Funding, Llc Its Successors And Assigns As | Final distribution per court order. ($4,699.12) | 7100-000 | | | |
| 03/18/18 | 1018 | David J Parker and Kathleen Hope Parker | Distribution of surplus funds to debtor. | 8200-002 | | $26,754.49 | $0.00 |

Page Subtotals:   $0.00   $34,799.75

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $55,000.00 | $55,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,000.00 | $55,000.00 |
| Less: Payments to Debtors | $0.00 | $30,205.49 |
| Net | $55,000.00 | $24,794.51 |

Exhibit 9

Page Subtotals:    $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0080 - Checking | $55,000.00 | $24,794.51 | $0.00 |
|  | $55,000.00 | $24,794.51 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $55,000.00 |
| Total Gross Receipts: | $55,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*